Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CARTER SLAPPEY,<br><br>Defendant. | No. 6:06-mj-0039-WMW<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice.

Dated: October 25, 2013          NATIONAL PARK SERVICE

                                                        /S/ Susan St. Vincent_____
                                                        Susan St. Vincent
                                                        Acting Legal Officer

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Matthew Slappey, 6:06-mj-39-WMW*, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   October 28, 2013                /s/ *Michael J. Seng*
                                                             UNITED STATES MAGISTRATE JUDGE